## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Walter Piech

                            Plaintiff,

v.                                                   Case No.: 1:22–cv–02859
                                                            Honorable Joan H. Lefkow

TeeTime Delivery, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: Joint motion to approve settlement and dismiss case [24] is granted. The Court approves the Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA, the IMWL, and CMWO. The case is voluntarily dismissed without prejudice and converts to one with prejudice within thirty (30) days. Each party shall bear its or his own costs and attorneys' fees except as provided for in the Agreement. Status hearing date is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.